Jack W. Fiander, Attorney
Towtnuk Law Offices, Ltd.
Sacred Ground Legal Services, Inc.
5808A Summitview Avenue #93
Yakima, WA 98908
(509) 969-4436 or (509) 961-0096
towtnuklaw@msn.com

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re: | No. 2:22-cv-00142-BJR |
| **CITY OF SEATTLE,** | **STATEMENT OF SUPPLEMENTAL AUTHORITY** |
| Plaintiff, | |
| v. | |
| **SAUK-SUIATTLE TRIBAL COURT**, et al., | |
| Defendants. | |

Filed herewith in accordance with Ninth Circuit Rule 36-3 (b) and Local Civil Rule 7 (n) as supplemental authority is the February 15, 2022 opinion of the Ninth Circuit in appellate cause no. 21-35490.

DATED this 16th day of February, 2022.

Respectfully submitted,

SAUK-SUIATTLE INDIAN TRIBE
By:

S/Jack W. Fiander

_____
Jack W. Fiander, General Counsel

SUPPLEMENT - 1
2:22-cv-00142-BJR

Towtnuk Law Offices, Ltd.
Sacred Ground Legal Services, Inc.
5808A Summitview Avenue, #93
Yakima, WA 98908
(509) 969-4436
towtnuklaw@msn.com

Sauk-Suiattle Indian Tribe
Towtnuk Law Offices, Ltd.
Sacred Ground Legal Services, Inc.
Counsel for Tribal Defendants

Certificate of Service

The undersigned certifies the foregoing was filed with the Clerk of Court with copies served upon all counsel of record utilizing the Court's CM/ECF system.

S/Jack W. Fiander

SUPPLEMENT - 2
2:22-cv-00142-BJR

Towtnuk Law Offices, Ltd.
Sacred Ground Legal Services, Inc.
5808A Summitview Avenue, #93
Yakima, WA 98908
(509) 969-4436
towtnuklaw@msn.com