The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THE CITY OF SEATTLE,

       Plaintiff,

v.

SAUK-SUIATTLE TRIBAL COURT; JOSH WILLIAMS, in his official capacity as Sauk-Suiattle Tribal Court chief judge; JACKIE VARGAS, in her official capacity as Sauk-Suiattle Tribal Court clerk; and SAUK-SUIATTLE INDIAN TRIBE,

       Defendants.

No. 2:22-cv-00142-BJR

STIPULATION AND ORDER REGARDING SERVICE OF PROCESS, MEET AND CONFER REGARDING DEFENDANTS' MOTION TO DISMISS, MEET AND CONFER REGARDING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION, AND BRIEFING DEADLINES FOR MOTIONS

## I. STIPULATION

Plaintiff The City of Seattle ("City") and Defendants Sauk-Suiattle Tribal Court, Josh Williams in his official capacity as Sauk-Suiattle Tribal Court chief judge, Jackie Vargas in her official capacity as Sauk-Suiattle Tribal Court clerk, and Sauk-Suiattle Indian Tribe ("Tribal Defendants") (collectively, the "Parties") stipulate as follows:

1. The City filed the Complaint for Declaratory Judgment and Injunctive Relief and Summons on February 7, 2022 (the "Complaint").  ECF 2.

2. The City emailed the Complaint and Summons to counsel for Tribal Defendants, Jack W. Fiander, Towtnuk Law Offices, Ltd., on February 8, 2022.

STIPULATION AND ORDER RE:
SERVICE AND RESPONSES
CASE NUMBER 2:22-CV-00142-BJR - 1

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE  +1 206 623 7580
FACSIMILE: +1 206 623 7022

3. On February 9, 2022, Judge Rothstein was assigned to this case, and issued a Standing Order for All Civil Cases ("Standing Order"). ECF 10.

4. Mr. Fiander entered a Notice of Appearance on behalf of the Tribal Defendants on February 14, 2022. ECF 12.

5. On February 17, 2022, Tribal Defendants agreed to waive service of summons per Fed. R. Civ. P. 4(d). The City sent Mr. Fiander a notice and request to waive service of summons on February 17, 2022. Mr. Fiander returned the signed waivers of the service of summons on February 18, 2022, which the City filed the same day. ECF 18, 19, 20, and 21.

6. Tribal Defendants responded to the City's Complaint with a Motion to Dismiss on February 14, 2022. ECF 13.

7. Pursuant to Section II.F. of the Standing Order, Judge Rothstein requires parties to meet and confer prior to filing a motion to dismiss.

8. The Parties met and conferred via email on February 17, 2022, regarding the Tribal Defendants' Motion to Dismiss. The Tribal Defendants and City were unable to reach an agreement that would cause the Tribal Defendants to withdraw their Motion to Dismiss. Therefore, the Tribal Defendants did not withdraw their Motion to Dismiss.

9. The Parties stipulate that per Section II.A. of the Standing Order, the City's deadline to respond to the Tribal Defendants' Motion to Dismiss is March 7, 2022, and the Tribal Defendants' Reply In Support of the Motion to Dismiss is due March 21, 2022.

10. The City filed its Motion for Preliminary Injunction, Declaration of Christopher Townsend in Support of the City's Motion for Preliminary Injunction (the "Townsend Declaration"), and exhibits to the Townsend Declaration on February 7, 2022. See ECF 5–7. The City emailed the Motion for Preliminary Injunction, the Townsend Declaration, and exhibits to the Townsend Declaration to Mr. Fiander on February 17, 2022.

STIPULATION AND ORDER RE:
SERVICE AND RESPONSES
CASE NUMBER 2:22-CV-00142-BJR - 2

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

11. Pursuant to Section II.C. of the Standing Order, Judge Rothstein requires parties to meet and confer prior to filing motions.

12. Because the City's Motion for Preliminary Injunction was filed on February 7, 2022, two days before the issuance of the Standing Order on February 9, 2022, the parties met and conferred via email on February 17, 2022.  The Tribal Defendants and the City were unable to reach an agreement that would cause the City to withdraw its Motion for Preliminary Injunction.  Therefore, the City did not withdraw its Motion for Preliminary Injunction.

13. Tribal Defendants accepted service on February 17, 2022, of the City's Motion for Preliminary Injunction, the Townsend Declaration, and exhibits to the Townsend Declaration.  *See* ECF 17.

14. The Parties stipulate that per Section II.A. of the Standing Order, Tribal Defendants' deadline to respond to the City's Motion for Preliminary Injunction is March 10, 2022, and the City's Reply In Support of the City's Motion for Preliminary Injunction is due March 24, 2022.

Other than as set forth above, this stipulation does not alter any existing case deadlines.

DATED this 18th day of February, 2022

STIPULATION AND ORDER RE:
SERVICE AND RESPONSES
CASE NUMBER 2:22-CV-00142-BJR - 3

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

Respectfully submitted,

K&L GATES LLP

By: *s/ Kari L. Vander Stoep*
  Kari L. Vander Stoep, WSBA # 35923
  Christina Elles, WSBA # 51594
925 Fourth Avenue
Suite 2900
Seattle, Washington 98104-1158
Tel: +1 206 623 7580
Fax: +1 206 623 7022
Email: kari.vanderstoep@klgates.com
   christina.elles@klgates.com

Attorneys for Plaintiff
The City of Seattle

TOWTNUK LAW OFFICES, LTD.


By: *S/Jack W. Fiander*
  Jack W. Fiander, WSBA # 13116
5808A Summitview Avenue #93
Yakima, WA 98908
Tel: +1 509 969 4436
Email: towtnuklaw@msn.com

Attorneys for Defendants


Sauk-Suiattle Tribal Court

Josh Williams in his official capacity as Sauk-Suiattle Tribal Court Chief Judge

Jackie Vargas in her official capacity as Sauk-Suiattle Tribal Court Clerk

Sauk-Suiattle Indian Tribe

STIPULATION AND ORDER RE:
SERVICE AND RESPONSES
CASE NUMBER 2:22-CV-00142-BJR - 4

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

## II. ORDER

Pursuant to Stipulation, it is so ORDERED.

DATED this 9th day of March, 2022.

*Barbara J. Rothstein*

Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATION AND ORDER RE:
SERVICE AND RESPONSES
CASE NUMBER 2:22-CV-00142-BJR - 5

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE +1 206 623 7580
FACSIMILE: +1 206 623 7022