The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CITY OF SEATTLE,

    Plaintiff,

v.

SAUK-SUIATTLE TRIBAL COURT; JOSH WILLIAMS, in his official capacity as Sauk-Suiattle Tribal Court chief judge; JACKIE VARGAS, in her official capacity as Sauk-Suiattle Tribal Court clerk; and the SAUK-SUIATTLE INDIAN TRIBE,

    Defendants.

Case No. 2:22-cv-00142-BJR

ORDER GRANTING JOINT MOTION TO VACATE ORDER AND DISMISS CASE FOR MOOTNESS

THIS MATTER came before the Court on the joint stipulated motion of Plaintiff The City of Seattle (the "City") and Defendants Sauk-Suiattle Tribal Court, Josh Williams, Jackie Vargas, and Sauk-Suiattle Indian Tribe ("Tribal Defendants") to dismiss the above-captioned action as moot in light of a settlement agreement between the City and Defendant Sauk-Suiattle Indian Tribe ("Sauk-Suiattle").

The Court has reviewed and considered the parties' Joint Motion, as well as Sauk-Suiattle's Motion to Vacate Orders and Dismiss (attached as Exhibit A to the Joint Motion), which the tribal court granted and, being fully advised, has found that because the tribal court has vacated its orders and dismissed Sauk-Suiattle's tribal court complaint, the City's request for

ORDER GRANTING JOINT MOTION
CASE NO.   2:22-CV-00142-BJR - 1

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE  +1 206 623 7580
FACSIMILE: +1 206 623 7022

injunctive relief in this Court against the Tribal Defendants is moot. The Court, accordingly, rules as follows:

1. The Court **GRANTS** the parties' Joint Motion to Vacate Order and Dismiss Case for Mootness.

2. The Court hereby **VACATES** the July 5, 2022 Order Denying Defendants' Motion to Dismiss and Staying Case.

3. The Court hereby **DISMISSES** the City's Complaint in the above-captioned action as moot.

IT IS SO ORDERED.

Dated:  June 5, 2023.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER GRANTING JOINT MOTION
CASE NO.        2:22-CV-00142-BJR - 2

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

1  Presented by:

2  K&L GATES LLP

3

4  By:  S/Kari L. Vander Stoep
5       Kari L. Vander Stoep, WSBA # 35923
        Christina A Elles, WSBA # 51594
6  925 Fourth Avenue
   Suite 2900
7  Seattle, Washington  98104-1158
   Tel: +1 206 623 7580
8  Fax: +1 206 623 7022
9  Email: kari.vanderstoep@klgates.com

10 Attorneys for Plaintiff
   THE CITY OF SEATTLE
11

12 TOWTNUK LAW OFFICE, LTD.

13

14 By:  S/Jack Warren Fiander
15      Jack Warren Fiander, WSBA # 13116

16 5808A Summitview Avenue, # 93
   Yakima, WA 98908
17 Tel: (509) 969-4436
18 towtnuklaw@msn.com

19 Attorney for Defendants Sauk-Suiattle Tribal
   Court, Josh Williams, Jackie Vargas, and Sauk-
20 Suiattle Indian Tribe

21

22

23

24

25

26

ORDER GRANTING JOINT MOTION
CASE NO.        2:22-CV-00142-BJR - 3

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022